Joseph K. Bravo (SBN: 107646)
**BRAVO LAW OFFICES**
1315 Seventh Avenue
San Francisco, CA  94122
Telephone: (415) 512-6700
Facsimile: (415) 512-6716
E-mail: joebravo@bravolaw.com

Attorney For Plaintiff
Faozi Alreyashi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAOZI ALREYASHI,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF MODESTO, ET AL.,<br><br>            Defendants. | Case Number: 2:25-cv-03404-JAM-CSK<br><br>**ORDER RE: STIPULATION**<br>**(ECF Nos. 6 and 8)** |

**ORDER GRANTING EXTENSION OF TIME**.

Good cause appearing, now therefore it is ordered that Plaintiff is to either amend the Complaint and/or file an Opposition to Defendant's Motion To Dismiss on **January 05, 2026**.

**IT IS SO ORDERED**.

Dated:  December 16, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE